10-CV-00204-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL GOLTER, JR., IV.,

        Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of the Social Security Administration,

        Defendant.

Case No. C10-204-JLR

**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further administrative proceedings consistent with the ~~Report and Recommendation~~ Order of Remand.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 12th day of Dec., 2010.

JAMES L. ROBART
United States District Judge

ORDER - 1